UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

CALVIN ANTJUAN LEGGETT,

    Plaintiff,

v.                                          Case Number: 23-C-1139

JEREMY BAILEY,

    Defendant.

---

## PLAINTIFF'S PROPOSED VERDICT FORM

---

**Answer the following questions in order.**

1. Did Bailey touch Leggett's private parts for the purpose of humiliating him or to gratify his own sexual needs?

          _____          _____
             YES                NO

*If you answered "YES" to Question No. 1, answer Question No. 2.*
*If you answered "NO" to Question No. 1, skip Question Nos. 2-6.*

2. If you answered "YES" to Question No. 1, did Bailey cause Leggett to suffer pain, suffering, emotional distress or mental anguish?

          _____          _____
             YES                NO

3. If you answered "YES" to Question Nos. 1 and 2, specify the amount of money that would compensate Leggett for the violation of his Eighth Amendment rights:

                     $_____

4. If you answered "YES" to Question Nos. 1 and 2 and you find that punitive damages should be assessed against Bailey for violating Leggett's Eighth Amendment rights and awarded to Leggett, specify the amount of amount that is appropriate:

                     $_____

---

*Please sign and date the final page of this verdict form.*

_____
Foreperson


_____
Date